UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

THOMAS EVANS,

    Plaintiff,                                  CASE NO.: 1:18-CV-00066-MU

-vs-

KAPLAN, INC.,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff, Thomas Evans, and the Defendant, Kaplan, Inc., properly known as Iowa College Acquisition, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of June, 2018.

/s/Frank H. Kerney, III, Esquire
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
*Admitted Pro Hac Vice*
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*

/s/Joshua H. Threadcraft, Esquire
Joshua H. Threadcraft, Esquire
Burr & Forman LLP
Alabama Bar #: ASB-7136-H36T
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Fasimile: (205) 413-8701
joshua.threadcraft@burr.com
*Counsel for Defendant*